# U.S. District Court
# Western District of Pennsylvania (Pittsburgh)
# CIVIL DOCKET FOR CASE #: 2:20−cv−01345−CCW

| | |
|---|---|
| GARCIA−ALVAREZ v. FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC et al | Date Filed: 09/09/2020 |
| Assigned to: Judge Christy Criswell Wiegand | Jury Demand: Plaintiff |
| Cause: 29:216 Selective Service | Nature of Suit: 710 Labor: Fair Standards |
| | Jurisdiction: Federal Question |

**Plaintiff**

**CHRISTIAN GARCIA−ALVAREZ**  represented by  **Joshua P. Geist**
*on behalf of himself and those similarly situated*  Goodrich & Geist, P.C.
3634 California Ave
Pittsburgh, PA 15212
(412) 766−1455
Fax: (412) 766−0300
Email: josh@goodrichandgeist.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC**  represented by  **Jennifer G. Betts**
*a foreign limited liability company*  Ogletree Deakins Nash Smoak & Stewart
One PPG Place
Suite 1900
Pittsburgh, PA 15222
412−246−0153
Fax: 412−232−1799
Email: jenn.betts@ogletree.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOGO DE CHAO CHURRASCARIA (KING OF PRUSSIA) LLC**  represented by  **Jennifer G. Betts**
*on behalf of himself and those similarly situated*  (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOGO DE CHAO CHURRASCARIA (PHILADELPHIA) LLC**  represented by  **Jennifer G. Betts**
*foreign limited liability company*  (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOGO DE CHAO CHURRASCARIA (PHOENIX) LLC**  represented by  **Jennifer G. Betts**
*a foreign limited liability company*  (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOGO DE CHAO CHURRASCARIA (CA HOLDINGS) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOGO DE CHAO CHURRASCARIA (CALIFORNIA) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOGO DE CHAO CHURRASCARIA (EL SEGUNDO) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOGO DE CHAO CHURRASCARIA (IRVINE) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOGO DE CHAO CHURRASCARIA (LOS ANGELES) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOGO DE CHAO CHURRASCARIA (SAN DIEGO) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOGO DE CHAO CHURRASCARIA (SAN FRANCISCO) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOGO DE CHAO CHURRASCARIA (SAN JOSE) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOGO DE CHAO CHURRASCARIA (DENVER) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOGO DE CHAO CHURRASCARIA (PARK MEADOW) LLC**

represented by **Jennifer G. Betts**
(See above for address)

| | | |
|---|---|---|
| *a foreign limited liability company* | | ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **FOGO DE CHAO CHURRASCARIA (WASHINGTON, D.C.) LLC** | represented by | **Jennifer G. Betts** |
| *a foreign limited liability company* | | (See above for address) |
| | | ATTORNEY TO BE NOTICED |

**Defendant**

**FOGO DE CHAO CHURRASCARIA (JACKSONVILLE) LLC**
*a foreign limited liability company*

**Defendant**

**FOGO DE CHAO CHURRASCARIA (MIAMI) LLC**
*a foreign limited liability company*

**Defendant**

**FOGO DE CHAO CHURRASCARIA (ORLANDO) LLC,**
*a foreign limited liability company*

**Defendant**

**FOGO DE CHAO CHURRASCARIA (SUNRISE FLORIDA) LLC**
*a foreign limited liability company*

**Defendant**

| | | |
|---|---|---|
| **FOGO DE CHAO CHURRASCARIA (ATLANTA) LLC** | represented by | **Jennifer G. Betts** |
| *a foreign limited liability company* | | (See above for address) |
| | | ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **FOGO DE CHAO CHURRASCARIA (DUNWOODY ATLANTA) LLC** | represented by | **Jennifer G. Betts** |
| *a foreign limited liability company* | | (See above for address) |
| | | ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **FOGO DE CHAO CHURRASCARIA (NAPERVILLE) LLC** | represented by | **Jennifer G. Betts** |
| *a foreign limited liability company* | | (See above for address) |
| | | ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **FOGO DE CHAO CHURRASCARIA (CHICAGO) LLC** | represented by | **Jennifer G. Betts** |
| *a foreign limited liability company* | | (See above for address) |
| | | ATTORNEY TO BE NOTICED |

**Defendant**

| | |
|---|---|
| **FOGO DE CHAO CHURRASCARIA (OAK BROOK ILLINOIS) LLC**<br>*a foreign limited liability company* | represented by **Jennifer G. Betts**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **FOGO DE CHAO CHURRASCARIA (OLD ORCHARD) LLC**<br>*a foreign limited liability company* | represented by **Jennifer G. Betts**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **FOGO DE CHAO CHURRASCARIA (ROSEMONT) LLC**<br>*a foreign limited liability company* | represented by **Jennifer G. Betts**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **FOGO DE CHAO CHURRASCARIA (INDIANAPOLIC) LLC**<br>*a foreign limited liability company* | represented by **Jennifer G. Betts**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **FOGO DE CHAO CHURRASCARIA (NEW ORLEANS) LLC**<br>*a foreign limited liability company* | represented by **Jennifer G. Betts**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **FOGO DE CHAO CHURRASCARIA (BALTIMORE) LLC**<br>*a foreign limited liability company* | represented by **Jennifer G. Betts**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **FOGO DE CHAO CHURRASCARIA (BETHESDA) LLC**<br>*a foreign limited liability company* | represented by **Jennifer G. Betts**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **FOGO DE CHAO CHURRASCARIA (BOSTON) LLC**<br>*a foreign limited liability company* | represented by **Jennifer G. Betts**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **FOGO DE CHAO CHURRASCARIA (BURLINGTON) LLC**<br>*a foreign limited liability company* | represented by **Jennifer G. Betts**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **FOGO DE CHAO CHURRASCARIA (TROY) LLC**<br>*a foreign limited liability company* | represented by **Jennifer G. Betts**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**FOGO DE CHAO CHURRASCARIA (MINNEAPOLIS) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**FOGO DE CHAO CHURRASCARIA (KANSAS CITY) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**FOGO DE CHAO CHURRASCARIA (ST. LOUIS) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**FOGO DE CHAO CHURRASCARIA (LAS VEGAS) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**FOGO DE CHAO CHURRASCARIA (SUMMERLIN) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**FOGO DE CHAO CHURRASCARIA (LONG ISLAND) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**FOGO DE CHAO 53RD STREET, NEW YORK LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**FOGO DE CHAO CHURRASCARIA (WHITE PLAINS) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**FOGO DE CHAO CHURRASCARIA (PORTLAND) LLC**
*a foreign limited liability company*

represented by **Jennifer G. Betts**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**FOGO DE CHAO CHURRASCARIA (AUSTIN) LLC**

represented by **Jennifer G. Betts**
(See above for address)

*a foreign limited liability company* ATTORNEY TO BE NOTICED

**Defendant**

| | | |
|---|---|---|
| **FOGO DE CHAO CHURRASCARIA (LEGACY PLANO) LLC**<br>*a foreign limited liability company* | represented by | **Jennifer G. Betts**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **FOGO DE CHAO CHURRASCARIA (DALLAS) LLP**<br>*a foreign limited liability partnership* | represented by | **Jennifer G. Betts**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **FOGO DE CHAO CHURRASCARIA (DALLAS) LLC**<br>*a foreign limited liability company* | represented by | **Jennifer G. Betts**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **FOGO DE CHAO (HOLDINGS) INC.**<br>*a foreign profit corporation* | represented by | **Jennifer G. Betts**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **FOGO DE CHAO CHURRASCARIA (HOLDINGS) LLC**<br>*a foreign limited liability company* | represented by | **Jennifer G. Betts**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **FOGO DE CHAO CHURRASCARIA (HOUSTON) LLC**<br>*a foreign limited liability company* | represented by | **Jennifer G. Betts**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **FOGO DE CHAO CHURRASCARIA (SAN ANTONIO) LLC**<br>*a foreign limited liability company* | represented by | **Jennifer G. Betts**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **FOGO DE CHAO CHURRASCARIA (TEXAS GP) LLC**<br>*a foreign limited liability company* | represented by | **Jennifer G. Betts**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

**Defendant**

| | | |
|---|---|---|
| **FOGO DE CHAO CHURRASCARIA (TYSONS) LLC**<br>*a foreign limited liability company* | represented by | **Jennifer G. Betts**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

**Defendant**

**FOGO DE CHAO CHURRASCARIA (BELLEVUE) INC.**
*a foreign profit corporation*

represented by **Jennifer G. Betts**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/08/2020 | Ï 1 | COMPLAINT against FOGO DE CHAO (HOLDINGS) INC., FOGO DE CHAO 53RD STREET, NEW YORK LLC, FOGO DE CHAO CHURRASCARIA (ATLANTA) LLC, FOGO DE CHAO CHURRASCARIA (AUSTIN) LLC, FOGO DE CHAO CHURRASCARIA (BALTIMORE) LLC, FOGO DE CHAO CHURRASCARIA (BELLEVUE) INC., FOGO DE CHAO CHURRASCARIA (BETHESDA) LLC, FOGO DE CHAO CHURRASCARIA (BOSTON) LLC, FOGO DE CHAO CHURRASCARIA (BURLINGTON) LLC, FOGO DE CHAO CHURRASCARIA (CA HOLDINGS) LLC, FOGO DE CHAO CHURRASCARIA (CALIFORNIA) LLC, FOGO DE CHAO CHURRASCARIA (CHICAGO) LLC, FOGO DE CHAO CHURRASCARIA (DALLAS) LLC, FOGO DE CHAO CHURRASCARIA (DALLAS) LLP, FOGO DE CHAO CHURRASCARIA (DENVER) LLC, FOGO DE CHAO CHURRASCARIA (DUNWOODY ATLANTA) LLC, FOGO DE CHAO CHURRASCARIA (EL SEGUNDO) LLC, FOGO DE CHAO CHURRASCARIA (HOLDINGS) LLC, FOGO DE CHAO CHURRASCARIA (HOUSTON) LLC, FOGO DE CHAO CHURRASCARIA (INDIANAPOLIC) LLC, FOGO DE CHAO CHURRASCARIA (IRVINE) LLC, FOGO DE CHAO CHURRASCARIA (JACKSONVILLE) LLC, FOGO DE CHAO CHURRASCARIA (KANSAS CITY) LLC, FOGO DE CHAO CHURRASCARIA (KING OF PRUSSIA) LLC, FOGO DE CHAO CHURRASCARIA (LAS VEGAS) LLC, FOGO DE CHAO CHURRASCARIA (LEGACY PLANO) LLC, FOGO DE CHAO CHURRASCARIA (LONG ISLAND) LLC, FOGO DE CHAO CHURRASCARIA (LOS ANGELES) LLC, FOGO DE CHAO CHURRASCARIA (MIAMI) LLC, FOGO DE CHAO CHURRASCARIA (MINNEAPOLIS) LLC, FOGO DE CHAO CHURRASCARIA (NAPERVILLE) LLC, FOGO DE CHAO CHURRASCARIA (NEW ORLEANS) LLC, FOGO DE CHAO CHURRASCARIA (OAK BROOK ILLINOIS) LLC, FOGO DE CHAO CHURRASCARIA (OLD ORCHARD) LLC, FOGO DE CHAO CHURRASCARIA (ORLANDO) LLC,, FOGO DE CHAO CHURRASCARIA (PARK MEADOW) LLC, FOGO DE CHAO CHURRASCARIA (PHILADELPHIA) LLC, FOGO DE CHAO CHURRASCARIA (PHOENIX) LLC, FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC, FOGO DE CHAO CHURRASCARIA (PORTLAND) LLC, FOGO DE CHAO CHURRASCARIA (ROSEMONT) LLC, FOGO DE CHAO CHURRASCARIA (SAN ANTONIO) LLC, FOGO DE CHAO CHURRASCARIA (SAN DIEGO) LLC, FOGO DE CHAO CHURRASCARIA (SAN FRANCISCO) LLC, FOGO DE CHAO CHURRASCARIA (SAN JOSE) LLC, FOGO DE CHAO CHURRASCARIA (ST. LOUIS) LLC, FOGO DE CHAO CHURRASCARIA (SUMMERLIN) LLC, FOGO DE CHAO CHURRASCARIA (SUNRISE FLORIDA) LLC, FOGO DE CHAO CHURRASCARIA (TEXAS GP) LLC, FOGO DE CHAO CHURRASCARIA (TROY) LLC, FOGO DE CHAO CHURRASCARIA (TYSONS) LLC, FOGO DE CHAO CHURRASCARIA (WASHINGTON, D.C.) LLC, FOGO DE CHAO CHURRASCARIA (WHITE PLAINS) LLC (Filing fee, including Administrative fee, $400, receipt number APAWDC−5894999), filed by CHRISTIAN GARCIA−ALVAREZ. (Attachments: # 1 Civil Cover Sheet) (elt) (Entered: 09/10/2020) |
| 09/10/2020 | Ï 2 | Summons Issued as to FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC (elt) (Entered: 09/10/2020) |
| 09/10/2020 | Ï 3 | ORDER re Federal Rule of Civil Procedure 12(b) Motions to Dismiss, more fully stated in said order. Signed by Judge Cathy Bissoon on 9/10/20. (jhi) (Entered: 09/10/2020) |
| 09/24/2020 | Ï 4 | SUMMONS/Return of Service Returned Executed by CHRISTIAN GARCIA−ALVAREZ. FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC served on 9/16/2020, answer due 10/7/2020. (Geist, Joshua) (Entered: 09/24/2020) |

| | | |
|---|---|---|
| 10/07/2020 | 5 | NOTICE of Consent Filing as to Axel Torres by CHRISTIAN GARCIA–ALVAREZ. (Attachments: # 1 Exhibit) (Geist, Joshua) (Entered: 10/07/2020) |
| 10/07/2020 | 6 | NOTICE of Consent Filing as to Bryan Contreras by CHRISTIAN GARCIA–ALVAREZ. (Attachments: # 1 Exhibit) (Geist, Joshua) (Entered: 10/07/2020) |
| 10/07/2020 | 7 | NOTICE of Consent Filing as to Ereida Escobar by CHRISTIAN GARCIA–ALVAREZ. (Attachments: # 1 Exhibit) (Geist, Joshua) (Entered: 10/07/2020) |
| 10/07/2020 | 8 | NOTICE of Consent Filing as to Jonathan Parelli by CHRISTIAN GARCIA–ALVAREZ. (Attachments: # 1 Exhibit) (Geist, Joshua) (Entered: 10/07/2020) |
| 10/07/2020 | 9 | NOTICE of Consent Filing as to Jose M. Mendez Ortiz by CHRISTIAN GARCIA–ALVAREZ. (Attachments: # 1 Exhibit) (Geist, Joshua) (Entered: 10/07/2020) |
| 10/23/2020 | 10 | ORDER REASSIGNING CASE. Case reassigned to Christy Criswell Wiegand for all further proceedings. Judge Cathy Bissoon no longer assigned to case. All previously scheduled deadlines and proceedings shall remain in effect unless otherwise ordered by the Court. See order at 2:20–mc–1451. Signed by Chief Judge Mark R. Hornak on 10/22/2020. Text–only entry; no PDF document will issue. This text–only entry constitutes the Order of the Court or Notice on the matter. (sgn) (Entered: 10/23/2020) |
| 10/24/2020 | 11 | ORDER AT&T SCHEDULING NOTICE FOR ALL TELEPHONIC CONFERENCES. Every Telephonic Conference conducted will be via an AT&T call–in number which requires participants to dial–in and provide an access code. When a Telephonic Conference is scheduled you will be instructed to refer back to this Notice. This document has a security setting of "Case Participants Only," so only those individuals will have access to view the document. Signed by Christy Criswell Wiegand on 10/24/2020. (jmm) (Entered: 10/24/2020) |
| 10/24/2020 | 12 | NOTICE that instant civil action has been designated for placement into the United States District Court's Alternative Dispute Resolution program. Parties are directed to fully complete the required 26(f) report, which includes the stipulation of selecting an ADR process. Counsel for plaintiff shall make service of the notice on all parties. (jmm) (Entered: 10/24/2020) |
| 10/29/2020 | 13 | First AMENDED COMPLAINT against All Defendants, filed by CHRISTIAN GARCIA–ALVAREZ. (Geist, Joshua) Modified on 11/5/2020 (ept). (Entered: 10/29/2020) |
| 10/29/2020 |  | Update Answer Deadline: Answer due from FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC on 11/12/2020 (elt) (Entered: 11/24/2020) |
| 11/19/2020 | 14 | MOTION for attorney Noah E. Storch to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC–6100264) by CHRISTIAN GARCIA–ALVAREZ. (Storch, Noah) (Entered: 11/19/2020) |
| 11/20/2020 | 15 | TEXT ORDER re 14 Motion for attorney Noah E. Storch to Appear Pro Hac Vice. Pursuant to LCvR 83.2, "The Court will not rule on a motion for admission pro hac vice that does not include an affidavit containing the information and attestations required by the rule." This Notice serves to inform Attorney Storch that the Court will not rule on his motion until all of the information and attestations required under LCvR 83.2 are supplied. Signed by Judge Christy Criswell Wiegand on 11/20/2020. Text–only entry; no PDF document will issue. This text–only entry constitutes the Order of the Court or Notice on the matter. (jmm) (Entered: 11/20/2020) |
| 11/24/2020 |  | Errata re Update Answer Deadline Reason for Correction: Amended complaint has not been served yet. (elt) (Entered: 11/24/2020) |
| 11/24/2020 | 16 | AFFIDAVIT of Service for Amended Complaint on 11/18/2020, filed by CHRISTIAN GARCIA–ALVAREZ. (Geist, Joshua) (Entered: 11/24/2020) |

| | | |
|---|---|---|
| 12/03/2020 | Ï | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 14 Motion to Appear Pro Hac Vice. ERROR: Proposed Order was not attached. CORRECTION: Attorney is advised to file a proposed order by using the Proposed Order event and linking it to the document in question. (elt) (Entered: 12/03/2020) |
| 12/10/2020 | 17 | NOTICE of Appearance by Jennifer G. Betts on behalf of FOGO DE CHAO (HOLDINGS) INC., FOGO DE CHAO 53RD STREET, NEW YORK LLC, FOGO DE CHAO CHURRASCARIA (ATLANTA) LLC, FOGO DE CHAO CHURRASCARIA (AUSTIN) LLC, FOGO DE CHAO CHURRASCARIA (BALTIMORE) LLC, FOGO DE CHAO CHURRASCARIA (BELLEVUE) INC., FOGO DE CHAO CHURRASCARIA (BETHESDA) LLC, FOGO DE CHAO CHURRASCARIA (BOSTON) LLC, FOGO DE CHAO CHURRASCARIA (BURLINGTON) LLC, FOGO DE CHAO CHURRASCARIA (CA HOLDINGS) LLC, FOGO DE CHAO CHURRASCARIA (CALIFORNIA) LLC, FOGO DE CHAO CHURRASCARIA (CHICAGO) LLC, FOGO DE CHAO CHURRASCARIA (DALLAS) LLC, FOGO DE CHAO CHURRASCARIA (DALLAS) LLP, FOGO DE CHAO CHURRASCARIA (DENVER) LLC, FOGO DE CHAO CHURRASCARIA (DUNWOODY ATLANTA) LLC, FOGO DE CHAO CHURRASCARIA (EL SEGUNDO) LLC, FOGO DE CHAO CHURRASCARIA (HOLDINGS) LLC, FOGO DE CHAO CHURRASCARIA (HOUSTON) LLC, FOGO DE CHAO CHURRASCARIA (INDIANAPOLIC) LLC, FOGO DE CHAO CHURRASCARIA (IRVINE) LLC, FOGO DE CHAO CHURRASCARIA (KANSAS CITY) LLC, FOGO DE CHAO CHURRASCARIA (KING OF PRUSSIA) LLC, FOGO DE CHAO CHURRASCARIA (LAS VEGAS) LLC, FOGO DE CHAO CHURRASCARIA (LEGACY PLANO) LLC, FOGO DE CHAO CHURRASCARIA (LONG ISLAND) LLC, FOGO DE CHAO CHURRASCARIA (LOS ANGELES) LLC, FOGO DE CHAO CHURRASCARIA (MINNEAPOLIS) LLC, FOGO DE CHAO CHURRASCARIA (NAPERVILLE) LLC, FOGO DE CHAO CHURRASCARIA (NEW ORLEANS) LLC, FOGO DE CHAO CHURRASCARIA (OAK BROOK ILLINOIS) LLC, FOGO DE CHAO CHURRASCARIA (OLD ORCHARD) LLC, FOGO DE CHAO CHURRASCARIA (PARK MEADOW) LLC, FOGO DE CHAO CHURRASCARIA (PHILADELPHIA) LLC, FOGO DE CHAO CHURRASCARIA (PHOENIX) LLC, FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC, FOGO DE CHAO CHURRASCARIA (PORTLAND) LLC, FOGO DE CHAO CHURRASCARIA (ROSEMONT) LLC, FOGO DE CHAO CHURRASCARIA (SAN ANTONIO) LLC, FOGO DE CHAO CHURRASCARIA (SAN DIEGO) LLC, FOGO DE CHAO CHURRASCARIA (SAN FRANCISCO) LLC, FOGO DE CHAO CHURRASCARIA (SAN JOSE) LLC, FOGO DE CHAO CHURRASCARIA (ST. LOUIS) LLC, FOGO DE CHAO CHURRASCARIA (SUMMERLIN) LLC, FOGO DE CHAO CHURRASCARIA (TEXAS GP) LLC, FOGO DE CHAO CHURRASCARIA (TROY) LLC, FOGO DE CHAO CHURRASCARIA (TYSONS) LLC, FOGO DE CHAO CHURRASCARIA (WASHINGTON, D.C.) LLC, FOGO DE CHAO CHURRASCARIA (WHITE PLAINS) LLC. (Betts, Jennifer) (Entered: 12/10/2020) |
| 12/10/2020 | 18 | Stipulation for Extension of Time to Answer by FOGO DE CHAO CHURRASCARIA (BETHESDA) LLC, FOGO DE CHAO CHURRASCARIA (BALTIMORE) LLC, FOGO DE CHAO CHURRASCARIA (CA HOLDINGS) LLC, FOGO DE CHAO CHURRASCARIA (CHICAGO) LLC, FOGO DE CHAO CHURRASCARIA (WASHINGTON, D.C.) LLC, FOGO DE CHAO CHURRASCARIA (INDIANAPOLIC) LLC, FOGO DE CHAO CHURRASCARIA (PARK MEADOW) LLC, FOGO DE CHAO CHURRASCARIA (WHITE PLAINS) LLC, FOGO DE CHAO CHURRASCARIA (TYSONS) LLC, FOGO DE CHAO CHURRASCARIA (OAK BROOK ILLINOIS) LLC, FOGO DE CHAO CHURRASCARIA (NAPERVILLE) LLC, FOGO DE CHAO CHURRASCARIA (OLD ORCHARD) LLC, FOGO DE CHAO CHURRASCARIA (LAS VEGAS) LLC, FOGO DE CHAO CHURRASCARIA (SAN JOSE) LLC, FOGO DE CHAO CHURRASCARIA (DALLAS) LLC, FOGO DE CHAO CHURRASCARIA (DUNWOODY ATLANTA) LLC, FOGO DE CHAO CHURRASCARIA (IRVINE) LLC, FOGO DE CHAO CHURRASCARIA (NEW ORLEANS) LLC, FOGO DE CHAO CHURRASCARIA (BURLINGTON) LLC, FOGO DE CHAO CHURRASCARIA (LOS ANGELES) LLC, FOGO DE CHAO CHURRASCARIA (SAN ANTONIO) LLC, FOGO DE CHAO CHURRASCARIA (DALLAS) LLP, FOGO DE CHAO CHURRASCARIA (LONG ISLAND) LLC, FOGO DE |

| | | |
|---|---|---|
| | | CHAO CHURRASCARIA (AUSTIN) LLC, FOGO DE CHAO CHURRASCARIA (SAN FRANCISCO) LLC, FOGO DE CHAO CHURRASCARIA (ATLANTA) LLC, FOGO DE CHAO CHURRASCARIA (ROSEMONT) LLC, FOGO DE CHAO CHURRASCARIA (PHOENIX) LLC, FOGO DE CHAO (HOLDINGS) INC., FOGO DE CHAO CHURRASCARIA (ST. LOUIS) LLC, FOGO DE CHAO CHURRASCARIA (TROY) LLC, FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC, FOGO DE CHAO CHURRASCARIA (EL SEGUNDO) LLC, FOGO DE CHAO CHURRASCARIA (HOLDINGS) LLC, FOGO DE CHAO CHURRASCARIA (SUMMERLIN) LLC, FOGO DE CHAO CHURRASCARIA (SAN DIEGO) LLC, FOGO DE CHAO CHURRASCARIA (DENVER) LLC, FOGO DE CHAO CHURRASCARIA (LEGACY PLANO) LLC, FOGO DE CHAO CHURRASCARIA (CALIFORNIA) LLC, FOGO DE CHAO CHURRASCARIA (HOUSTON) LLC, FOGO DE CHAO CHURRASCARIA (KANSAS CITY) LLC, FOGO DE CHAO CHURRASCARIA (KING OF PRUSSIA) LLC, FOGO DE CHAO CHURRASCARIA (BOSTON) LLC, FOGO DE CHAO CHURRASCARIA (BELLEVUE) INC., FOGO DE CHAO CHURRASCARIA (PORTLAND) LLC, FOGO DE CHAO CHURRASCARIA (MINNEAPOLIS) LLC, FOGO DE CHAO 53RD STREET, NEW YORK LLC, FOGO DE CHAO CHURRASCARIA (TEXAS GP) LLC, FOGO DE CHAO CHURRASCARIA (PHILADELPHIA) LLC Answer due from FOGO DE CHAO CHURRASCARIA (BETHESDA) LLC, FOGO DE CHAO CHURRASCARIA (BALTIMORE) LLC, FOGO DE CHAO CHURRASCARIA (CA HOLDINGS) LLC, FOGO DE CHAO CHURRASCARIA (CHICAGO) LLC, FOGO DE CHAO CHURRASCARIA (WASHINGTON, D.C.) LLC, FOGO DE CHAO CHURRASCARIA (INDIANAPOLIC) LLC, FOGO DE CHAO CHURRASCARIA (PARK MEADOW) LLC, FOGO DE CHAO CHURRASCARIA (WHITE PLAINS) LLC, FOGO DE CHAO CHURRASCARIA (TYSONS) LLC, FOGO DE CHAO CHURRASCARIA (OAK BROOK ILLINOIS) LLC, FOGO DE CHAO CHURRASCARIA (NAPERVILLE) LLC, FOGO DE CHAO CHURRASCARIA (OLD ORCHARD) LLC, FOGO DE CHAO CHURRASCARIA (LAS VEGAS) LLC, FOGO DE CHAO CHURRASCARIA (SAN JOSE) LLC, FOGO DE CHAO CHURRASCARIA (DALLAS) LLC, FOGO DE CHAO CHURRASCARIA (DUNWOODY ATLANTA) LLC, FOGO DE CHAO CHURRASCARIA (IRVINE) LLC, FOGO DE CHAO CHURRASCARIA (NEW ORLEANS) LLC, FOGO DE CHAO CHURRASCARIA (BURLINGTON) LLC, FOGO DE CHAO CHURRASCARIA (LOS ANGELES) LLC, FOGO DE CHAO CHURRASCARIA (SAN ANTONIO) LLC, FOGO DE CHAO CHURRASCARIA (DALLAS) LLP, FOGO DE CHAO CHURRASCARIA (LONG ISLAND) LLC, FOGO DE CHAO CHURRASCARIA (AUSTIN) LLC, FOGO DE CHAO CHURRASCARIA (SAN FRANCISCO) LLC, FOGO DE CHAO CHURRASCARIA (ATLANTA) LLC, FOGO DE CHAO CHURRASCARIA (ROSEMONT) LLC, FOGO DE CHAO CHURRASCARIA (PHOENIX) LLC, FOGO DE CHAO (HOLDINGS) INC., FOGO DE CHAO CHURRASCARIA (ST. LOUIS) LLC, FOGO DE CHAO CHURRASCARIA (TROY) LLC, FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC, FOGO DE CHAO CHURRASCARIA (EL SEGUNDO) LLC, FOGO DE CHAO CHURRASCARIA (HOLDINGS) LLC, FOGO DE CHAO CHURRASCARIA (SUMMERLIN) LLC, FOGO DE CHAO CHURRASCARIA (SAN DIEGO) LLC, FOGO DE CHAO CHURRASCARIA (DENVER) LLC, FOGO DE CHAO CHURRASCARIA (LEGACY PLANO) LLC, FOGO DE CHAO CHURRASCARIA (CALIFORNIA) LLC, FOGO DE CHAO CHURRASCARIA (HOUSTON) LLC, FOGO DE CHAO CHURRASCARIA (KANSAS CITY) LLC, FOGO DE CHAO CHURRASCARIA (KING OF PRUSSIA) LLC, FOGO DE CHAO CHURRASCARIA (BOSTON) LLC, FOGO DE CHAO CHURRASCARIA (BELLEVUE) INC., FOGO DE CHAO CHURRASCARIA (PORTLAND) LLC, FOGO DE CHAO CHURRASCARIA (MINNEAPOLIS) LLC, FOGO DE CHAO 53RD STREET, NEW YORK LLC, FOGO DE CHAO CHURRASCARIA (TEXAS GP) LLC, FOGO DE CHAO CHURRASCARIA (PHILADELPHIA) LLC. (Betts, Jennifer) (Entered: 12/10/2020) |
| 12/10/2020 | 19 | ORDER re 14 Motion for attorney Noah E. Storch to Appear Pro Hac Vice. The Motion is hereby DENIED WITHOUT PREJUDICE. Attorney Storch may refile the Motion in accordance with LCvR 83.2, including the required affidavit and attestations. Signed by Judge Christy Criswell Wiegand on 12/10/2020. Text−only entry; no PDF document will issue. This text−only entry |

| | | |
|---|---|---|
| | | constitutes the Order of the Court or Notice on the matter. (jmm) (Entered: 12/10/2020) |
| 12/10/2020 | Ï | Update Answer Deadline: Answer to 13 Amended Complaint due from All Defendants by 1/19/2021. (jmm) (Entered: 12/10/2020) |
| 01/16/2021 | 20 | Unopposed MOTION for Extension of Time to File Answer re 13 Amended Complaint filed by CHRISTIAN GARCIA−ALVAREZ by FOGO DE CHAO (HOLDINGS) INC., FOGO DE CHAO 53RD STREET, NEW YORK LLC, FOGO DE CHAO CHURRASCARIA (ATLANTA) LLC, FOGO DE CHAO CHURRASCARIA (AUSTIN) LLC, FOGO DE CHAO CHURRASCARIA (BALTIMORE) LLC, FOGO DE CHAO CHURRASCARIA (BELLEVUE) INC., FOGO DE CHAO CHURRASCARIA (BETHESDA) LLC, FOGO DE CHAO CHURRASCARIA (BOSTON) LLC, FOGO DE CHAO CHURRASCARIA (BURLINGTON) LLC, FOGO DE CHAO CHURRASCARIA (CA HOLDINGS) LLC, FOGO DE CHAO CHURRASCARIA (CALIFORNIA) LLC, FOGO DE CHAO CHURRASCARIA (CHICAGO) LLC, FOGO DE CHAO CHURRASCARIA (DALLAS) LLC, FOGO DE CHAO CHURRASCARIA (DALLAS) LLP, FOGO DE CHAO CHURRASCARIA (DENVER) LLC, FOGO DE CHAO CHURRASCARIA (DUNWOODY ATLANTA) LLC, FOGO DE CHAO CHURRASCARIA (EL SEGUNDO) LLC, FOGO DE CHAO CHURRASCARIA (HOLDINGS) LLC, FOGO DE CHAO CHURRASCARIA (HOUSTON) LLC, FOGO DE CHAO CHURRASCARIA (INDIANAPOLIC) LLC, FOGO DE CHAO CHURRASCARIA (IRVINE) LLC, FOGO DE CHAO CHURRASCARIA (KANSAS CITY) LLC, FOGO DE CHAO CHURRASCARIA (KING OF PRUSSIA) LLC, FOGO DE CHAO CHURRASCARIA (LAS VEGAS) LLC, FOGO DE CHAO CHURRASCARIA (LEGACY PLANO) LLC, FOGO DE CHAO CHURRASCARIA (LONG ISLAND) LLC, FOGO DE CHAO CHURRASCARIA (LOS ANGELES) LLC, FOGO DE CHAO CHURRASCARIA (MINNEAPOLIS) LLC, FOGO DE CHAO CHURRASCARIA (NAPERVILLE) LLC, FOGO DE CHAO CHURRASCARIA (NEW ORLEANS) LLC, FOGO DE CHAO CHURRASCARIA (OAK BROOK ILLINOIS) LLC, FOGO DE CHAO CHURRASCARIA (OLD ORCHARD) LLC, FOGO DE CHAO CHURRASCARIA (PARK MEADOW) LLC, FOGO DE CHAO CHURRASCARIA (PHILADELPHIA) LLC, FOGO DE CHAO CHURRASCARIA (PHOENIX) LLC, FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC, FOGO DE CHAO CHURRASCARIA (PORTLAND) LLC, FOGO DE CHAO CHURRASCARIA (ROSEMONT) LLC, FOGO DE CHAO CHURRASCARIA (SAN ANTONIO) LLC, FOGO DE CHAO CHURRASCARIA (SAN DIEGO) LLC, FOGO DE CHAO CHURRASCARIA (SAN FRANCISCO) LLC, FOGO DE CHAO CHURRASCARIA (SAN JOSE) LLC, FOGO DE CHAO CHURRASCARIA (ST. LOUIS) LLC, FOGO DE CHAO CHURRASCARIA (SUMMERLIN) LLC, FOGO DE CHAO CHURRASCARIA (TEXAS GP) LLC, FOGO DE CHAO CHURRASCARIA (TROY) LLC, FOGO DE CHAO CHURRASCARIA (TYSONS) LLC, FOGO DE CHAO CHURRASCARIA (WASHINGTON, D.C.) LLC, FOGO DE CHAO CHURRASCARIA (WHITE PLAINS) LLC. (Attachments: # 1 Proposed Order) (Betts, Jennifer) (Entered: 01/16/2021) |
| 01/19/2021 | 21 | ORDER GRANTING 20 Motion for Extension of Time to Answer. Defendants' Answer to 13 Amended Complaint is due by 2/2/2021. No further extensions will be granted absent extraordinary circumstances. Signed by Judge Christy Criswell Wiegand on 1/19/2021. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (jmm) (Entered: 01/19/2021) |
| 01/20/2021 | 22 | Amended MOTION for attorney Noah E. Storch to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC−6263289) by CHRISTIAN GARCIA−ALVAREZ. (Storch, Noah) (Entered: 01/20/2021) |
| 01/21/2021 | 23 | ORDER re 22 Amended Motion for Attorney Noah E. Storch to Appear Pro Hac Vice. The Motion is hereby DENIED WITHOUT PREJUDICE. Even if the Court treated "Certification for Bar Admission" accompanying Mr. Storch's motion as complying LCvR 83.2B's affidavit requirement, the Certification is incomplete (see item #2). Attorney Storch may refile his Motion, including a |

| | | |
|---|---|---|
| | | proposed order, in accordance with LCvR 83.2 and Appendix LCvR 83.2 B−Affidavit. Signed by Judge Christy Criswell Wiegand on 1/21/2021. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (jmm) (Entered: 01/21/2021) |
| 02/02/2021 | 24 | MOTION to Change Venue by FOGO DE CHAO (HOLDINGS) INC., FOGO DE CHAO 53RD STREET, NEW YORK LLC, FOGO DE CHAO CHURRASCARIA (ATLANTA) LLC, FOGO DE CHAO CHURRASCARIA (AUSTIN) LLC, FOGO DE CHAO CHURRASCARIA (BALTIMORE) LLC, FOGO DE CHAO CHURRASCARIA (BELLEVUE) INC., FOGO DE CHAO CHURRASCARIA (BETHESDA) LLC, FOGO DE CHAO CHURRASCARIA (BOSTON) LLC, FOGO DE CHAO CHURRASCARIA (BURLINGTON) LLC, FOGO DE CHAO CHURRASCARIA (CA HOLDINGS) LLC, FOGO DE CHAO CHURRASCARIA (CALIFORNIA) LLC, FOGO DE CHAO CHURRASCARIA (CHICAGO) LLC, FOGO DE CHAO CHURRASCARIA (DALLAS) LLC, FOGO DE CHAO CHURRASCARIA (DALLAS) LLP, FOGO DE CHAO CHURRASCARIA (DENVER) LLC, FOGO DE CHAO CHURRASCARIA (DUNWOODY ATLANTA) LLC, FOGO DE CHAO CHURRASCARIA (EL SEGUNDO) LLC, FOGO DE CHAO CHURRASCARIA (HOLDINGS) LLC, FOGO DE CHAO CHURRASCARIA (HOUSTON) LLC, FOGO DE CHAO CHURRASCARIA (INDIANAPOLIC) LLC, FOGO DE CHAO CHURRASCARIA (IRVINE) LLC, FOGO DE CHAO CHURRASCARIA (KANSAS CITY) LLC, FOGO DE CHAO CHURRASCARIA (KING OF PRUSSIA) LLC, FOGO DE CHAO CHURRASCARIA (LAS VEGAS) LLC, FOGO DE CHAO CHURRASCARIA (LEGACY PLANO) LLC, FOGO DE CHAO CHURRASCARIA (LONG ISLAND) LLC, FOGO DE CHAO CHURRASCARIA (LOS ANGELES) LLC, FOGO DE CHAO CHURRASCARIA (MINNEAPOLIS) LLC, FOGO DE CHAO CHURRASCARIA (NAPERVILLE) LLC, FOGO DE CHAO CHURRASCARIA (NEW ORLEANS) LLC, FOGO DE CHAO CHURRASCARIA (OAK BROOK ILLINOIS) LLC, FOGO DE CHAO CHURRASCARIA (OLD ORCHARD) LLC, FOGO DE CHAO CHURRASCARIA (PARK MEADOW) LLC, FOGO DE CHAO CHURRASCARIA (PHILADELPHIA) LLC, FOGO DE CHAO CHURRASCARIA (PHOENIX) LLC, FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC, FOGO DE CHAO CHURRASCARIA (PORTLAND) LLC, FOGO DE CHAO CHURRASCARIA (ROSEMONT) LLC, FOGO DE CHAO CHURRASCARIA (SAN ANTONIO) LLC, FOGO DE CHAO CHURRASCARIA (SAN DIEGO) LLC, FOGO DE CHAO CHURRASCARIA (SAN FRANCISCO) LLC, FOGO DE CHAO CHURRASCARIA (SAN JOSE) LLC, FOGO DE CHAO CHURRASCARIA (ST. LOUIS) LLC, FOGO DE CHAO CHURRASCARIA (SUMMERLIN) LLC, FOGO DE CHAO CHURRASCARIA (TEXAS GP) LLC, FOGO DE CHAO CHURRASCARIA (TROY) LLC, FOGO DE CHAO CHURRASCARIA (TYSONS) LLC, FOGO DE CHAO CHURRASCARIA (WASHINGTON, D.C.) LLC, FOGO DE CHAO CHURRASCARIA (WHITE PLAINS) LLC. (Attachments: # 1 Proposed Order) (Betts, Jennifer) (Entered: 02/02/2021) |
| 02/02/2021 | 25 | BRIEF in Support re 24 Motion to Change Venue, filed by FOGO DE CHAO (HOLDINGS) INC., FOGO DE CHAO 53RD STREET, NEW YORK LLC, FOGO DE CHAO CHURRASCARIA (ATLANTA) LLC, FOGO DE CHAO CHURRASCARIA (AUSTIN) LLC, FOGO DE CHAO CHURRASCARIA (BALTIMORE) LLC, FOGO DE CHAO CHURRASCARIA (BELLEVUE) INC., FOGO DE CHAO CHURRASCARIA (BETHESDA) LLC, FOGO DE CHAO CHURRASCARIA (BOSTON) LLC, FOGO DE CHAO CHURRASCARIA (BURLINGTON) LLC, FOGO DE CHAO CHURRASCARIA (CA HOLDINGS) LLC, FOGO DE CHAO CHURRASCARIA (CALIFORNIA) LLC, FOGO DE CHAO CHURRASCARIA (CHICAGO) LLC, FOGO DE CHAO CHURRASCARIA (DALLAS) LLC, FOGO DE CHAO CHURRASCARIA (DALLAS) LLP, FOGO DE CHAO CHURRASCARIA (DENVER) LLC, FOGO DE CHAO CHURRASCARIA (DUNWOODY ATLANTA) LLC, FOGO DE CHAO CHURRASCARIA (EL SEGUNDO) LLC, FOGO DE CHAO CHURRASCARIA (HOLDINGS) LLC, FOGO DE CHAO CHURRASCARIA (HOUSTON) LLC, FOGO DE CHAO CHURRASCARIA (INDIANAPOLIC) LLC, FOGO DE CHAO CHURRASCARIA (IRVINE) LLC, FOGO DE CHAO CHURRASCARIA (KANSAS CITY) LLC, FOGO DE CHAO |

| | | |
|---|---|---|
| | | CHURRASCARIA (KING OF PRUSSIA) LLC, FOGO DE CHAO CHURRASCARIA (LAS VEGAS) LLC, FOGO DE CHAO CHURRASCARIA (LEGACY PLANO) LLC, FOGO DE CHAO CHURRASCARIA (LONG ISLAND) LLC, FOGO DE CHAO CHURRASCARIA (LOS ANGELES) LLC, FOGO DE CHAO CHURRASCARIA (MINNEAPOLIS) LLC, FOGO DE CHAO CHURRASCARIA (NAPERVILLE) LLC, FOGO DE CHAO CHURRASCARIA (NEW ORLEANS) LLC, FOGO DE CHAO CHURRASCARIA (OAK BROOK ILLINOIS) LLC, FOGO DE CHAO CHURRASCARIA (OLD ORCHARD) LLC, FOGO DE CHAO CHURRASCARIA (PARK MEADOW) LLC, FOGO DE CHAO CHURRASCARIA (PHILADELPHIA) LLC, FOGO DE CHAO CHURRASCARIA (PHOENIX) LLC, FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC, FOGO DE CHAO CHURRASCARIA (PORTLAND) LLC, FOGO DE CHAO CHURRASCARIA (ROSEMONT) LLC, FOGO DE CHAO CHURRASCARIA (SAN ANTONIO) LLC, FOGO DE CHAO CHURRASCARIA (SAN DIEGO) LLC, FOGO DE CHAO CHURRASCARIA (SAN FRANCISCO) LLC, FOGO DE CHAO CHURRASCARIA (SAN JOSE) LLC, FOGO DE CHAO CHURRASCARIA (ST. LOUIS) LLC, FOGO DE CHAO CHURRASCARIA (SUMMERLIN) LLC, FOGO DE CHAO CHURRASCARIA (TEXAS GP) LLC, FOGO DE CHAO CHURRASCARIA (TROY) LLC, FOGO DE CHAO CHURRASCARIA (TYSONS) LLC, FOGO DE CHAO CHURRASCARIA (WASHINGTON, D.C.) LLC, FOGO DE CHAO CHURRASCARIA (WHITE PLAINS) LLC. (Betts, Jennifer) Modified on 2/5/2021 (jjg). (Entered: 02/02/2021) |
| 02/04/2021 | 26 | MEMORANDUM OPINION AND ORDER: IT IS HEREBY ORDERED that Defendants' 24 MOTION to Change Venue is GRANTED, and the case is hereby TRANSFERRED pursuant to 28 U.S.C. §1404(a) to the United States District Court for the Eastern District of Texas, Sherman Division. Signed by Judge Christy Criswell Wiegand on 2/4/2021. (jmm) (Entered: 02/04/2021) |
| 02/05/2021 | 27 | AMENDED ORDER re 26 MEMORANDUM OPINION AND ORDER: IT IS HEREBY ORDERED that Defendants' 24 MOTION to Change Venue is GRANTED, and the case is hereby TRANSFERRED forthwith pursuant to 28 U.S.C. §1404(a) to the United States District Court for the Eastern District of Texas, Sherman Division. Signed by Judge Christy Criswell Wiegand on 2/5/2021. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (jmm) (Entered: 02/05/2021) |