UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CHRISTIAN GARCIA-ALVAREZ, on behalf of himself and those similarly situated,

        Plaintiff,              CASE NO.: 4:21-cv-00124-ALM

        v.

FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC, a foreign limited Liability Company, et al

        Defendant.
_____/

## NOTICE OF CONSENT TO BECOME PARTY PLAINTIFF

Plaintiff, CHRISTIAN GARCIA-ALVAREZ, by and through the undersigned counsel, files this Notice of Filing Consents to Become a Party Plaintiff for:

- Christian Garcia-Alvarez
- Carlos Castaneda

Dated this 22nd day of April, 2021.

                              Respectfully submitted,

                              *s/Carlos V. Leach*
                              Carlos V. Leach, Esq.
                              FL Bar No. 0540021
                              THE LEACH FIRM, P.A.
                              631 S. Orlando Avenue, Suite 300
                              Winter Park, FL 32789
                              Telephone: (407) 574-4999 ext. 416
                              Facsimile: (833) 813-7512
                              Email: cleach@theleachfirm.com
                              Email: yhernandez@theleachfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of April, 2021, the foregoing was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/Carlos V. Leach*
Carlos V. Leach, Esq.