# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **CHRISTIAN GARCIA-ALVAREZ,** on behalf of himself and those similarly situated,<br><br>  **Plaintiff**,<br><br>             v.<br><br>**FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC,** *et al.*,<br><br>  **Defendants**. | Civil Action No. 4:21-cv-124-ALM |

## NOTICE OF FILING ADDITIONAL CONSENTS

Plaintiff Christian Garcia-Alvarez, by and through the undersigned counsel, hereby files this Notice of Filing Additional Consents and in support attaches **Exhibit A – Rosales Consent Form**, which contains consent forms for the following opt-in Plaintiff:

- Rosales, Leonel

                    Respectfully submitted,

/s/ *M. Mathews*
**Meredith Black-Mathews**
Texas Bar No. 24055180
**FORESTER HAYNIE PLLC**
400 N. St Paul St, Suite 700
Dallas, Texas 75201
(214) 210-2100 phone
(469) 399-1070 fax
mmathews@foresterhaynie.com

**Carlos V. Leach, Esq.**
FL Bar No. 0540021
**THE LEACH FIRM, P.A.**
631 S. Orlando Ave., Ste. 300
Winter Park, FL 32789
Telephone: (407) 574-4999 ext. 416
Facsimile: (833) 813-7512
cleach@theleachfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that the forgoing document was filed electronically using the Court's ECF System and was served upon all counsel of record using the same.

/s/ *M. Mathews*
**Meredith Black-Mathews**