# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| CHRISTIAN GARCIA-ALVAREZ, on behalf of himself and those similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC, a foreign limited liability company, et al., <br><br> *Defendants.* | § § § § § § § § § § § § § § § § Civil Action No. 4:21-CV-00124 <br> Judge Mazzant |

## ORDER

Pending before the Court is the Plaintiffs' Unopposed Motion for 11-Day Extension to Reply to Defendants' Response to Plaintiffs' Motion for Ruling that Purported Arbitration Agreements Are Invalid and Unenforceable and to Authorize Mailing of Corrective Notice and Posting Of Order (Dkt. #58). Having considered the motion and the relevant pleadings, the Court finds that the motion should be granted.

It is therefore **ORDERED** that the Motion (Dkt. #58) is hereby **GRANTED.** Plaintiffs' shall have 11 days from the date when the Court issues this order to submit their reply to the pending motion.

**IT IS SO ORDERED.**

SIGNED this 30th day of September, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE