# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| CHRISTIAN GARCIA-ALVAREZ, on behalf of himself and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC, *et al.*, <br><br> Defendants. | CIVIL ACTION FILE NO: <br><br> 4:21-cv-124-ALM |

## NOTICE OF WITHDRAWAL OF OPT-IN PARTY PLAINTIFFS

COMES NOW Plaintiff, by and through undersigned counsel, and hereby submits this notice of withdrawal of opt-in party plaintiffs to the above styled action.

1.

Ereida Escobar filed her Consent to Join on October 7, 2020 (Doc. 7) in the above-captioned action for all purposes pursuant to 29 U.S.C. § 216(b) and the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*.

2.

Jonathan Pirelli filed his Consent to Join on October 7, 2020 (Doc. 8) in the above-captioned action for all purposes pursuant to 29 U.S.C. § 216(b) and the Fair

Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*.

3.

Carlos Castaneda filed his Consent to Join on April 22, 2021 (Doc. 35) in the above-captioned action for all purposes pursuant to 29 U.S.C. § 216(b) and the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*.

Plaintiff withdraws the Consent to Join forms for each of the three (3) above-referenced Opt-in Plaintiffs without prejudice.

Respectfully submitted this the 6th day of October 2021.

*/s/ Carlos V. Leach*
Carlos V. Leach, Esq.
FL Bar No. 0540021
cleach@theleachfirm.com

**THE LEACH FIRM, P.A.**
631 S. Orlando Avenue, Suite 300
Winter Park, FL 32789
Telephone: 407-574-4999, Ext. 403
Facsimile:  833-423-5864
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| CHRISTIAN GARCIA-ALVAREZ, on behalf of himself and those similarly situated**,** <br><br> Plaintiffs, <br> v. <br><br> FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC, *et al*., <br><br> Defendants. | CIVIL ACTION FILE NO: <br><br> 4:21-cv-124-ALM |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 6[h] day of October 2021, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

I also certify that the foregoing has been prepared in a Times New Roman 14-point font, one of the font and point selections approved by the Court in Local CV-10(a)(5).

*/s/ Carlos V. Leach*
Carlos V. Leach, Esq.
FL Bar No. 0540021
cleach@theleachfirm.com
