UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **CHRISTIAN GARCIA-ALVAREZ**, on behalf of himself and those similarly situated, | § § § § | |
| Plaintiffs, | § § | Case No.: 4:21-cv-124-ALM |
| v. | § § | |
| **FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC**, *et al.*, | § § § § | |
| Defendants. | § § | |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT**

In this action, CHRISTIAN GARCIA-ALVAREZ, on behalf of himself and others similarly situated, including all Plaintiffs who have executed and filed consents to opt-in to this litigation (the "Plaintiffs"), brought a lawsuit against the Defendants, FOGO DE CHAO CHURRASCARIA (PITTSBURGH) LLC, et al. (all of the named Defendants being collectively referred to "Fogo") (the "Plaintiffs" and "Fogo" collectively referred to as the "Parties"), alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, as amended, and related regulations (together the "FLSA"), and the Pennsylvania Minimum Wage Act and related regulations ("PMWA").  Before the Court is the Parties' Joint Motion for Approval of FLSA Collective Action Settlement, and Joint Memorandum of Law in Support of FLSA Collective Action Settlement (Dkt. #100).  The Court, having reviewed these documents, finds that all matters and disputes between the Parties have been fully and finally compromised and settled.

IT IS THEREFORE, ORDERED:

1. The Parties' Settlement Agreement and Release is APPROVED.

2. The lawsuit is hereby DISMISSED WITH PREJUDICE as to the claims asserted therein, or which could have been asserted therein, by all Plaintiffs against Fogo.

3. The Defendants shall make payments to the class members and class counsel pursuant to the terms of the settlement agreement.

This Order is final as to all claims and all parties to this action.

**IT IS SO ORDERED**.

**SIGNED this 3rd day of January, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE